# Alusa v. SL County

2:11cv184 RJS

MEMO OF UNDERSTANDING

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
SEP 30 2013
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

9-30-13 The parties hereby agree to settle its claims for the sum of Ninety Thousand Dollars.

The defendants are to pay the sum of Ninety Thousand Dollars to the Plaintiffs. The Plaintiffs agree to indemnify and pay

1) Any and all liens, including Medicare, if any;

2) No admission of liability;

3) Each party to bear its own costs and attorney fees

4) P's will execute Release

5) D's will prepare Stipulation and Order

Dated this the 30th day of September 2012,

_____
Kily Cuadoups for IT's

_____   9/30/13
Don Hansen for A's            Date
— Salt Lake County District Attorney's Office

_____
Liufau Alusa

_____
Katie Alusa